1 | LAW OFFICE OF RICHARD A. PROAPS
2 | Richard A. Proaps, Esq. (Cal. SBN 78898)
  | *rproaps@aol.com*
3 | 8150 Greenback Lane, Building 200
4 | Fair Oaks, CA 95628
5 | Tel: (916) 722-1665
  | Fax: (916) 722-4881
6 | *Attorneys for Plaintiff Lee Cheramie*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LEE CHERAMIE**, individually and on behalf of all others similarly situated, | CASE NO.: 2:11-cv-06549 R (AJWx) |
| Plaintiffs/Appellants, | **PLAINTIFF'S NOTICE OF APPEAL** |
| v. | |
| **HBB, LLC**, a Tennessee limited liability comapny, and DOES 1 through 10, inclusive, | |
| Defendants/Appellees. | |

Notice is hereby given that, Plaintiff, LEE CHERAMIE, individually and on behalf of all others similarly situated, in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the Order Dismissing Plaintiff's case Without Leave to Amend, entered in this action on the 5th day of January, 2012 [DE 14], attached hereto and incorporated herein as **Exhibit 1**.

Plaintiff's Notice of Appeal Civil Case No.: 2:11-cv-06549 R (AJWx)-1

DATED: January 11, 2012

Respectfully Submitted,

**LAW OFFICE OF RICHARD A. PROAPS**

/s/ Richard A. Proaps
Richard A. Proaps, Esq.
Cal. SBN 78898
rproaps@aol.com
8150 Greenback Lane, Building 200
Fair Oaks, CA 95628
Tel: (916) 722-1665
Fax: (916) 722-4881
*Attorneys for Plaintiff Lee Cheramie*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **20th day of January, 2012**, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify under penalty of perjury under the laws of the United States of America that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF and, by mail for counsel for parties or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ricahrd A. Proaps
Richard A. Proaps, Esq.
Cal. SBN 78898

Plaintiff's Notice of Appeal Civil Case No.: 2:11-cv-06549 R (AJWx)-1

## SERVICE LIST

*Cheramie v. HBB, LLC*
Civil Case No.: 11-06549 R (AJWx)
United States District Court
Central District of California
Western Division

Loys A. "Trey" Jordan, III, Esq. (Admitted *pro hac vice*)
McDonald Kuhn, PLLC
5400 Poplar Ave., Suite 330
Memphis, TN 38119
Telephone: (901) 526-0606
Facsimile: (901) 521-8397
Email: tjordan@mckuhn.com

Dalijinder Singh, Esq. (Cal. SBN: 261587)
Singh, Singh & Trauben, LLP
400 S. Beverly Drive, Suite 400
Beverly Hills, CA 90212
Tel: (310) 856-9705
Fax: (888) 734-3555
Email: dsingh@singhtraubenlaw.com

*Attorneys for Defendant*
Plaintiff's

Notice of Appeal Civil Case No.: 2:11-cv-06549 R (AJWx)-1Served via CM/ECF