**SINGH, SINGH & TRAUBEN, LLP**
Daljinder Singh, Esq. (SBN: 261587)
 dsingh@singhtraubenlaw.com
400 S. Beverly Drive, Suite 400
Beverly Hills, CA 90212
Tel: (310) 856-9705
Fax: (888) 734-3555

**MCDONALD KUHN, PLLC**
Loys A. "Trey" Jordan, III (TN BPR: 16766) – admitted *pro hac vice*
 tjordan@mckuhn.com
Joseph B. Baker (TN BPR: 28046) – admitted *pro hac vice*
 jbaker@mckuhn.com
5400 Poplar Avenue, Suite 330
Memphis, TN 38119
Tel: (901) 526-0606
Fax: (901) 521-8397

**Attorneys for Defendant**
HBB, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CHERAMIE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HBB, LLC, a Tennessee limited liability company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV11-6549 R (AJWx) <br><br> The Honorable Judge Manuel L. Real <br><br> **ORDER GRANTING DEFENDANT HBB, LLC'S MOTION TO DISMISS PLANTIFF'S COMPLAINT AGAINST HBB, LLC WITHOUT LEAVE TO AMEND** <br><br> **CLASS ACTION** <br><br> Complaint Filed: August 10, 2011 |

EXHIBIT 1

[PROPOSED] ORDER GRANTING DEFENDANT HBB, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HBB, LLC

1     The Court has before it Defendant HBB, LLC's ("HBB") Motion to Dismiss Plaintiff Lee Cheramie's, both individually and on behalf of all others similarly situated ("Plaintiff"), Complaint [DE 10]. Having reviewed the moving and opposing papers and supporting documents filed with the Court, and having heard arguments of counsel,

    **IT IS HEREBY**

    ORDERED that Plaintiff Lee Cheramie's Complaint is hereby dismissed in its entirety, including Count I for alleged violations of Cal. Bus. & Prof. Code §17200, *et seq.*, California's Unfair Competition Law, Count II for alleged violations of Cal. Bus. & Prof. Code §17500, California's False Advertising Law, Count III for alleged violations of Cal. Civil Code §1750 *et seq.*, California's Consumers Legal Remedies Act, Count IV for alleged Fraudulent Concealment, Count V for alleged Unjust Enrichment, Count VI for alleged Negligent Misrepresentation and Count VII for alleged Fraud and Deceit.

    Counsel for Plaintiff has further requested leave to amend the Complaint, which request for leave to amend is hereby DENIED.

    **IT IS SO ORDERED.**

DATED: January 5, 2012

                                                  The Honorable Manuel L. Real
                                                  United States District Court Judge